

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND
LETICIA R. BENAVIDES**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee requested leave to file a sur-reply brief, which appellant opposed. This court granted the request, and appellee filed her sur-reply on November 19, 2021. On December 3, 2021, appellant filed a "Request for Clarification and Ruling," asking that she be allowed to file a rejoinder to the sur-reply.

Appellant's request is GRANTED and a rejoinder is due **no later than December 13, 2021**.

Further requests by either party to file additional briefs is discouraged.

It is so **ORDERED** on December 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT